# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CARR, | ) Case No.: 1:21-cv-1021 JLT |
| Plaintiff, | ) ORDER STAYING THE ACTION AND |
| v. | ) VACATING THE SCHEDULING ORDER DATED JUNE 28, 2021 |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

Plaintiff seeks judicial review of the administrative decision denying his application for Social Security benefits. (*See* Doc. 1.) Pursuant to General Order No. 615, all actions seeking such review are stayed due to limitations caused by the COVID-19 pandemic and the Commissioner's inability to prepare a certified administrative record. Accordingly, the Court **ORDERS**:

1. This action is **STAYED** pending further order of the Court; and
2. The Scheduling Order dated June 28, 2021 (Doc. 5) is **VACATED**.

IT IS SO ORDERED.

Dated: __**July 6, 2021**__         **/s/ Jennifer L. Thurston**
                                                CHIEF UNITED STATES MAGISTRATE JUDGE