1  PHILLIP A. TALBERT
   United States Attorney
2  PETER K. THOMPSON (HI 5890)
   Acting Regional Chief Counsel
3  MARGARET LEHRKIND, CSBN 314717
   Special Assistant United States Attorney
4     Social Security Administration
      160 Spear Street, Suite 800
5     San Francisco, CA 94105
      Telephone: (510) 970-4829
6     Facsimile: (415) 744-0134
   Attorneys for Defendant
7

8

9

10                UNITED STATES DISTRICT COURT

11                EASTERN DISTRICT OF CALIFORNIA

12                       FRESNO DIVISION

13

| | |
|---|---|
| BRIAN CARR, | No. 1:21-cv-01021-BAK (SKO) |
| Plaintiff, | STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF |
| v. | |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | (Doc. 18) |
| Defendant.[1] | |

     IT IS HEREBY STIPULATED, by and between Jimmy Watkins (Plaintiff) and Kilolo Kijakazi, Acting Commissioner of Social Security (Defendant), by and through their respective counsel of record, that, with the Court's approval, Defendant shall have an extension of time of thirty (30) days to file a Response to Plaintiff's Opening Brief.  This is Defendant's first request for an extension on her Response to Plaintiff's Opening Brief.  The current due date is June 17,

---

[1] Kilolo Kijakazi became the Acting Commissioner of Social Security on July 9, 2021. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Kilolo Kijakazi should be substituted, therefore, for Andrew Saul as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

2022. The new date will be July 17, 2022. All other deadlines will extend accordingly.

Good cause exists for this request.  Defendant's counsel has worked diligently to meet the timelines provided by the Court but has been prevented from doing so by her busy schedule.  Defendant's counsel has sixty-seven other active cases in various stages of litigation, 20 responsive briefs due in the next 60 days, and one oral arguments scheduled before the Ninth Circuit in June.  Additionally, Defendant's counsel has other responsibilities with another practice group in her office where the work cannot be extended.  Defendant requests this extension in good faith, and with no intent to delay these proceedings unnecessarily.  Defendant apologizes to the Court for any inconvenience caused by this delay.

Respectfully submitted,

DATE: June 6, 2022                    */s/ Benjamin Paul Feld*
                                      BENJAMIN PAUL FELD
                                      Attorney for Plaintiff
                                      (as approved via email)

                                      PHILLIP A. TALBERT
                                      Acting United States Attorney

DATE: June 6, 2022          By        *s/ Margaret Lehrkind*
                                      MARGARET LEHRKIND
                                      Special Assistant United States Attorney

                                      Attorneys for Defendant

ORDER

Based upon the foregoing stipulation of the parties[2] (Doc. 18), and for good cause shown (Fed. R. Civ. P. 16(b)(4)),

IT IS HEREBY ORDERED that Defendant shall have an extension of time, to and including July 18, 2022, in which to file her response to Plaintiff's Motion for Summary Judgment.[3]

---

[2] There appears to be a scrivener's error in the body of the stipulation, which identifies "Jimmy Watkins" as the plaintiff, rather than Brian Carr, who is listed in the case caption.
[3] The parties' requested date of July 17, 2022, falls on a Sunday.

All other deadlines set forth in the Scheduling Order (Doc. 13) shall be extended accordingly.

IT IS SO ORDERED.

Dated:  **June 9, 2022**                         /s/ *Sheila K. Oberto*                   
                                                  UNITED STATES MAGISTRATE JUDGE