UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CARR,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　　Defendant. | Case No. 1:21-cv-01021-CDB (SS)<br><br>ORDER ON LETTER TO CLERK OF THE COURT FROM COUNSEL FOR PLAINTIFF DATED APRIL 4, 2024 |

　　　　Plaintiff Brian Carr ("Plaintiff") seeks judicial review of an administrative decision of the Commissioner of Social Security denying Plaintiff's claim for disability benefits under the Social Security Act.  (Doc. 1).

　　　　On April 8, 2024, the Undersigned received from the Clerk of the Court a letter from Mr. Benjamin P. Feld, counsel for Plaintiff, a copy of which is annexed hereto as Exhibit A.  In his letter, Mr. Feld asks about the status of the case, and in particular, the status of Plaintiff's motion for summary judgment, which was fully briefed as of July 19, 2022.  Mr. Feld also states, "[d]espite repeated requests for a status, we have not received a decision" from the Court on Plaintiff's motion.

　　　　The Undersigned was appointed to the bench on October 6, 2022, on which date he was assigned approximately 442 pending cases, including approximately 85 pending social security

1  cases. Despite his earnest efforts to resolve this extraordinary backlog, the Undersigned regrets
2  Plaintiff's motion has not yet been adjudicated. The Eastern District of California is one of the
3  busiest courts in the country and remains under a judicial emergency. Because of judicial
4  vacancies, different magistrate judges have been assigned to this case.

   Although the Undersigned is not aware of any "repeated requests for a status" in this case as claimed by Mr. Feld, the parties are advised that the pending motion will be resolved as soon as is practicable given the Court's tremendous workload.

   Accordingly, for the above-stated reasons, Plaintiff's letter of April 4, 2024, construed as a motion for status, is GRANTED.

IT IS SO ORDERED.

Dated:   **April 8, 2024**

UNITED STATES MAGISTRATE JUDGE

1
2  **<u>EXHIBIT A</u>**
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



**GHITTERMAN, GHITTERMAN & FELD**
ATTORNEYS AT LAW

418 EAST CANON PERDIDO STREET
SANTA BARBARA, CALIFORNIA 93101
TELEPHONE (805) 965-4540
FACSIMILE (805) 965-5009
e-mail workcomp@ghitterman.com

ALLAN S. GHITTERMAN (1924-2018)
RUSSELL R. GHITTERMAN*
BENJAMIN P. FELD*
ALICIA LIERA RODRIGUEZ

Attorneys
JILL A. SINGER*
JASPER T. BALLARD
TANIA S. FIEDOREK

*Certified specialist, workers' compensation
The State Bar of California Legal Specialists

Hearing Representatives
ARMANDO DI FILIPPO
DIEGO LEON PAEZ

April 4, 2024

United States District Court
Eastern District of California - Fresno
Robert E. Coyle United States Courthouse
2500 Tulare Street, Room 1501
Fresno, CA 93721

        Re:    Brian Carr v. Commissioner of Social Security
               SSN:       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
               Case No.   1:21-CV-01021-BAK

Greetings:

       Our office is inquiring about the status of the above-mentioned case. The parties submitted their respective Motions for Summary Judgement on May 22, 2022 and July 19, 2022. Despited repeated requests for a status, we have not received a decision coming near 2 years. This delay is causing significant hardship to Mr. Carr regarding his prospects for obtaining SSDI benefits. Can you please provide an update?

       Thank you for your attention to this matter.

                                     Very truly yours,
                                     GHITTERMAN, GHITTERMAN & FELD

                                     BENJAMIN P. FELD

RECEIVED
APR 08 2024
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
Y_____DEPUTY CLERK

NM
cc:   Brian Carr

**RELENTLESS COMMITMENT TO PROTECT OUR CLIENTS' RIGHTS.
ALWAYS**